IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA BYARD,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE NO.: 1:13-CV-00764-TWT |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR ORDER OF DISMISSAL WITH PREJUDICE**

  Plaintiff Laura Byard ("Plaintiff") and Defendant AmerisourceBergen Drug Corporation ("Defendant") (Plaintiff and Defendant will be referred to collectively as the "Parties"), through their undersigned counsel, respectfully jointly move the Court to: (1) approve the Settlement Agreement entered into between the Parties; (2) enter an Order dismissing with prejudice all of the claims alleged in the lawsuit against Defendant by Plaintiff; and (3) retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement until all payments set forth in the Settlement Agreement have been made.  In Support of this Motion, the Parties are concurrently submitting a Memorandum Of Law In Support Of Joint

Motion For Approval Of Settlement Agreement And For Order Of Dismissal With Prejudice.

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement and dismissing this action with prejudice.

Respectfully submitted this 9th day of October, 2013.

| | |
|---|---|
| <u>/s/Tremain C. Mattress</u><br>Tremain C. Mattress<br>Georgia Bar No. 940529<br>Amanda A. Farahany<br>Georgia Bar No. 646135<br>Benjamin F. Barrett<br>Georgia Bar No. 039586<br>Barrett & Farahany, LLP<br>1100 Peachtree Street, NE<br>Suite 500<br>Atlanta, GA 30309<br>Tel: (404) 214-0120<br>Fax: (404) 214-0125<br>Email: TMattress@bf-llp.com<br>Email: Amanda@bf-llp.com<br>Email: Ben@bf-llp.com<br><br>COUNSEL FOR PLAINTIFF | <u>/s/Bradley e. Strawn</u><br>Bradley E. Strawn<br>Georgia Bar No. 004419<br>Nathan J. Allen<br>Georgia Bar No. 141304<br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Road, N.E.<br>Suite 1500<br>Atlanta, Georgia 30326<br>Tel: (404) 233-2330<br>Fax: (404) 233-2361<br>Email: bstrawn@littler.com<br>Email: nallen@littler.com<br><br>COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, the **Joint Motion for Approval of Settlement Agreement and for Order of Dismissal With Prejudice** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Tremain C. Mattress
Amanda A. Farahany
Benjamin F. Barrett
Barrett & Farahany, LLP
1100 Peachtree Street, NE
Suite 500
Atlanta, GA 30309
Email: TMattress@bf-llp.com
Email: Amanda@bf-llp.com
Email: Ben@bf-llp.com

                                               */s/ Bradley E. Strawn*
                                               Georgia Bar No. 004419